UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

FILED

JAN 05 2016



* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| LARRY JAMES FRANKLIN, | * | CIV 15-4149 |
| Petitioner, | * | |
| vs. | * | ORDER |
| BOB DOOLEY, Warden, Mike Durfee State Prison; and MARTY JACKLEY, Attorney General of the State of South Dakota, | * | |
| Respondents. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Petitioner Larry James Franklin, an inmate at the Mike Durfee State Prison in Springfield, South Dakota, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. The Magistrate Judge issued a Report and Recommendation recommending that the Petition be dismissed with prejudice as untimely. Petitioner filed no objections to the Report and Recommendation.

After conducting an independent review of the record, the Court agrees with the Magistrate Judge. Accordingly,

IT IS ORDERED:

1. That the Magistrate Judge's Report and Recommendation (Doc. 15) is ADOPTED.

2. That Petitioner's Petition for Writ of Habeas Corpus (Doc. 7) is DISMISSED with prejudice.

3. That Respondents' Motion to Dismiss Petitioner's Application for Writ of Habeas Corpus (Doc. 11) is GRANTED.

4. That a certificate of appealability shall not issue.

Dated this 5th day of January, 2016.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
By: Summer Wahful
Deputy